NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000888
04-NOV-2015
01:00 PM**

NO. CAAP-14-0000888

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PHILLIP GEE, AGENT FOR ESTATE OF BEATRICE PANG
AND FAMILY TRUST, Plaintiff-Appellant, v.
RICHARD G. LOO, SHERRIE LYNN LOO,
WALLACE D. LOO, Defendants-Appellees

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CIVIL CASE NO. 1RC12-1-2466)

ORDER OF CORRECTION
(By: Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion of the Intermediate Court of Appeals filed on October 12, 2015, is corrected as follows:

Page 1, footnote 1 is corrected to read "The Honorable Melanie May signed the May 15, 2014 Judgment. The Honorable Hilary B. Gangnes decided and signed the May 8, 2014 'Non-Hearing Motion for Default Judgment' and the June 5, 2014 'Non-Hearing Motion for Findings of Fact and Conclusions of Law.'"

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, November 4, 2015.

FOR THE COURT:

Presiding Judge

---

[1] Considered by Foley, Presiding J., Fujise and Leonard, JJ.